

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| SKYLER WILLIAMS, derivatively on behalf of BLACKLAND CONSTRUCTION, INC., | § | No. 08-19-00255-CV |
| Appellant, | § | Appeal from the |
| v. | § | 368th Judicial District Court |
| JAMES G. MILLER, JR.; ABRIELLE O. MILLER; and BLACKLAND CONSTRUCTION, INC., | § | of Williamson County, Texas |
| | § | (TC# 16-0655-C368) |
| Appellees. | § | |

## MEMORANDUM OPINION

Appellant Skyler Williams, derivatively on behalf of Blackland Construction, Inc., filed a conditional notice of appeal on September 6, 2019.[1] Appellant therein described that it intended to appeal a discovery order dated April 26, 2018, but only if another party appealed the trial court's final judgment. Appellee James G. Miller, Jr. next filed a Notice of Suggestion of Bankruptcy under Chapter 13 of the Bankruptcy Code. Pursuant to 11 U.S.C. § 362(a), this appeal was

---

[1] This case was transferred to this Court from the Third Court of Appeals pursuant to docket equalization efforts of the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001. We follow the precedent of the Third Court of Appeals to the extent it might conflict with our own. *See* TEX. R. APP. P. 41.3.

automatically stayed; thus, we ordered the appeal abated and for it to be removed from the Court's docket.

On May 3, 2023, we ordered that either a motion or response be filed regarding the status of the bankruptcy. On May 8, 2023, Appellant filed a motion to voluntarily dismiss the appeal. Appellant informed the Court of the parties entering a settlement agreement that includes a provision acknowledging that all matters between them are fully resolved. Appellee James G. Miller, Jr. also responded on May 24, 2023, informing the Court that the bankruptcy proceeding had been discharged. Appellee further confirmed he was not opposed to Appellant's motion to dismiss and also requested dismissal of the case.

The motion is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.1. Appellant shall bear all costs of the appeal. *See* TEX. R. APP. P. 42.1(d).

GINA M. PALAFOX, Justice

May 26, 2023

Before Rodriguez, C.J., Palafox, and Soto, JJ.